# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3762

_____

KENNETH RICKERSON,

Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

April 8, 2019

PER CURIAM.

DENIED.

LEWIS, ROWE, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Kenneth Rickerson, pro se, Petitioner.

Ashley B. Moody, Attorney General, and Kristen Jennifer Lonergan, Assistant Attorney General, Tallahassee, for Respondent.